An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DAVID LAVIGNE,
              Appellant,
      vs.
NICHOLE LAVIGNE,
              Respondent.

No. 68123

**FILED**

JUN 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal is assigned to this court's pilot program for civil litigants proceeding in pro se. Our review of the documents before this court reveals a jurisdictional defect. Specifically, the notice of appeal is from a minute order awarding attorney fees entered by the district court on May 13, 2015. It appears that the district court has not entered a final written judgment, and the notice of appeal is premature. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). Once the district court has entered a final, written order resolving all of the claims and issues below, any aggrieved party may appeal. Accordingly, we

ORDER this appeal DISMISSED.

              _____, J.
              Parraguirre

_____, J.            _____, J.
Douglas                           Cherry

15-18797

cc: Hon. Mathew Harter, District Judge
John David Lavigne
Radford J. Smith, Chtd. D/B/A Smith & Taylor
Eighth District Court Clerk